PROB 35          **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 1:08CR00301-001 LJO |
| ) | |
| **CARLOS CHARLES SANCHEZ** ) | |
| ) | |

On July 17, 2009, the above-named was placed on Supervised Release for a period of 36 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. The government does not object to this recommendation.

                                         Respectfully submitted,

                                         /s/ Adrian Garcia

                                         **ADRIAN GARCIA**
                                         **United States Probation Officer**

Dated:         January 13, 2012
                Fresno, California
                AG/rmv

**REVIEWED BY:**    /s/ Hubert J. Alvarez
                          **Hubert J. Alvarez**
                          **Supervising United States Probation Officer**

Re:     SANCHEZ, Carlos Charles
        Docket Number:   1:08CR00301-001 LJO
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

AG/rmv

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   January 24, 2012**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE